

# NUMBER 13-20-00330-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RIO GRANDE REGIONAL HOSPITAL, INC.,
HCA HEALTH SERVICES OF TEXAS, INC.,
AND RESOURCES CORPORATION OF
AMERICA & RECOVERY OF TEXAS, LLC,                    Appellants,

v.

ESTHER AKINDAYOMI, ET AL.,                           Appellees.

## On appeal from the 464th Judicial District Court
## of Hidalgo County, Texas.

# ORDER

### Before Chief Justice Contreras and Justices Longoria and Tijerina
### Order Per Curiam

This cause is before the court on a Joint Motion for Release of Sealed Portions of

Clerk's record. On February 5, 2021, the clerk's record was filed containing sensitive and

prohibited materials. *See* TEX. R. APP. P. 9.8; TEX. R. CIV. P. 21c. Given the exigent nature of this case and its appellate deadlines, *see* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a), the Court grants the motion and enters the following order regarding the appellate record. *See* TEX. R. APP. P. 34.

The Court ORDERS that volumes four and five of the clerk's sealed record be provided to counsel via secure electronic means. The Court ORDERS counsel to treat the sealed record as confidential and to safeguard it as an official and original court document. Counsel is ordered to maintain the confidentiality of the information contained in this sealed record and is prohibited from disseminating the sensitive information contained within the sealed record to any person.

PER CURIAM

Delivered and filed on the
26th day of March, 2021.

2